| | |
|---|---|
| Debtor 1 | Bradley D. Weldon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania (Philadelphia) | |
| Case number | 16-16546 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Bank of America, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 6699

**Court claim no.** (if known):

**Date of payment change:** 01/27/2017
Must be at least 21 days after date of this notice

**New total payment:** $156.21
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____    New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

The interest rate change applies to a HELOC loan and is a normal course change arising out of a change in the applicable index. The rate change is reflected in the applicable debtor?s normal monthly statement.

| | | | |
|---|---|---|---|
| Current interest rate: | 3.74% | New interest rate: | 3.99% |
| Current principal and interest payment: | $151.15 | New principal and interest payment: | $156.21 |

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

852700-48f65ee2-d655-4924-a8f2-a41db57be7c3-

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Robert Phifer Jr
Assistant Vice President

Date  01/05/2017

Print: Robert Phifer Jr

Title  Assistant Vice President

Company  Bank of America, N.A.
Address  16001 N. Dallas Pkwy
Addison, TX 75001

Specific Contact Information:
Phone: 214-209-8475
Email: robert.phifer@bankofamerica.com

852700-48f65ee2-d655-4924-a8f2-a41db57be7c3-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 16-16546

In re:  
Judge: Judge Magdeline D. Coleman

Bradley D. Weldon

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on January 05, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid:

Bradley D. Weldon  
1650 Franklin Avenue  
Willow Grove, PA 19090

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid:

MICHAEL W. GALLAGHER  
401 West Johnson Highway  
Suite 4  
East Norriton, PA 19401

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid:

WILLIAM C. MILLER  
Chapter 13 Trustee  
1234 Market Street  
Suite 1813  
Philadelphia, PA 19107

/s/ Bruce Bertrand

4 S Technologies, LLC  
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101  
Mountainside, NJ 07092  
(908) 588-9639  
brucebertrand@4stechnologies.com