# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-16546-MDC

BRADLEY D. WELDON

1650 FRANKLIN AVENUE

WILLOW GROVE, PA 19090

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BRADLEY D. WELDON

    1650 FRANKLIN AVENUE

    WILLOW GROVE, PA 19090

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL WILLIAM GALLAGHER
    401 W JOHNSON ST
    SUITE 4
    NORRITON, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                          /s/ William C. Miller

Date: 1/6/2017

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee