## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　　Bradley D. Weldon,<br><br>　　　　　　　　Debtor | Chapter 13<br><br>Case No.: 16-16546-mdc |
| HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7,<br>　　　　　　　Movant,<br>vs.<br>Bradley D. Weldon,<br>　　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　　　Trustee / Respondent. | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 9, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 26, 2017.

　　　It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED:  January 27, 2017　　　　　　　　　　　/s/Matthew C. Waldt
　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Waldt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 203308
　　　　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant