UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| | : **Chapter 13** |
| **BRADLEY D. WELDON** | : **Case No. 16-16546-MDC** |
| Debtors, | : |
| | : |
| US BANK TRUST NATIONAL ASSOCIATION, as Trustee of the Preston Ridge Partners Investments Trust | : |
| Movant, | : |
| v. | : **Hearing: March 30, 2017 at 11:00 a.m.** |
| | : **Courtroom #2** |
| BRADLEY D. WELDON | : |
| Debtor, | : |
| And | : |
| William C. Miller, Esquire | : |
| Trustee, | : |
| Respondent. | : |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

US Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments Trust, has filed a motion for relief from automatic stay under §362(d) with the court to permit Movant to pursue its rights in the property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*422 East Spruce Street, Norristown, PA 19401*

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

1)    If you do not want the Court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion,

then on or before March 18, 2017 *[fifteen days from the date of service of the within motion],* you or your attorney must do all of the following:

  a) File with the Court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk, at the United States Bankruptcy Court, Eastern District of Pennsylvania, Bankruptcy Clerk of Courts, 900 Market Street, Suite 400, Philadelphia, PA 19107.

 If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above:

  b) You must also mail a copy to:

| | |
|---|---|
| Brian E. Caine, Esquire | William C. Miller, Esquire |
| PARKER, McCAY, P.A. | 111 S. Independence Mall, Suite 583 |
| 9000 Midlantic Drive, Ste 300 | Philadelphia, PA 19106 |
| P.O. Box 5054 | *Chapter 13 Trustee* |
| Mt. Laurel, NJ 08054 | |
| (856) 596-8900 | |
| *Attorney for Movant* | |

  2) If you or your attorney do not take the steps described in Paragraph 1(a) and Paragraph 1(b) and attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.

  3) A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on March 30, 2017 at 11:00 a.m. United States Bankruptcy Court, Eastern District of Pennsylvania, Bankruptcy Clerk of Courts, 900 Market Street, Suite 400, Courtroom #2, Philadelphia, PA 19107.

  4) If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5) You may contact the Bankruptcy Clerk's Office at (215)408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: March 3, 2017               By:/s/Brian E. Caine
                                                **BRIAN E. CAINE**
                                                ATTORNEY FOR MOVANT
                                                Parker, McCay, P.A.
                                                9000 Midlantic Drive, Ste 300
                                                P.O. Box 5054
                                                Mt. Laurel, NJ 08054
                                                (856) 596-8900