# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bradley D. Weldon,<br><br>                 Debtor | Chapter 13<br><br>Case No.: 16-16546-mdc |
| HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7,<br>                 Movant,<br>vs.<br>Bradley D. Weldon,<br>                 Debtor / Respondent,<br>and<br>Michael W. Gallagher,<br>                 Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on March 9, 2017 with regard to the above matter is APPROVED.

March 27, 2017

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman, U.S.B.J.

211569-3