# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| BRADLEY D WELDON     AND, | : CASE NO. 16-16546MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : April 6, 2017 @ 9:30 a.m. |
| | : |
| BRADLEY D WELDON     AND, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 60 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on March 29, 2017, by:

**16-16546MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Brian E. Caine at bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise Elizabeth Carlon at bkgroup@kmllawgroup.com

Kevin S. Frankel at pa-bk@logs.com

Michael W. Gallagher at mwglaw@msn.com, mwglaw1@verizon.net

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

Mario J. Hanyon at paeb@fedphe.com

Jeremy John Kobeski at paeb@fedphe.com

Nicole B. Labletta at nlabletta@udren.com, vbarber@udren.com

Max L. Lieberman at liebermn@islaw.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Thomas Young.Hae Song at pa.bkecf@fedphe.com

Matthew Christian Waldt at mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

James Randolph Wood at jwood@portnoffonline,com, jwood@ecf.inforuptcy.com

**16-16546MDC Notice will not be electronically mailed to:**

BANK OF AMERICA, N.A.
16001 N. Dallas Pkwy
Addison, TX  75001

Bank of America, N.A.
Marinosci Law Group, P.C.
c/o Connie J. Delisser, Esq.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL  33309

Synchrony Bank
c/o Recovery Management Systems Corporate
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

Wells Fargo Bank N.A.
1 Home Campus
X2303-01A
Des Moines, IA  50328

EXECUTED ON:  March 29, 2017

                Respectfully submitted by,


            By:    /s/ Jim Peavler
                   Counsel
                   PA Department of Revenue
                   Office of Chief Counsel
                   Dept. 281061
                   Harrisburg, PA 17128-1061
                   PA I.D.  320663
                   Phone:  717-787-2747
                   Facsimile:  717-772-1459
                   jpeavler@pa.gov