## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Bradley D. Weldon** | : CHAPTER 13 |
| xxx-xx-9724 | : CASE NO. 16-16546-MDC |
| 1650 Franklin Avenue | : |
| Willow Grove PA 19090 | : HEARING DATE: |
| | : TIME: |
| **Debtor(s)** | : LOCATION: COURT ROOM No. 2 |
| | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

## ANSWER OF DEBTOR TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW comes the Debtor, Dradley D. Weldon, by and through his attorney, Michael W. Gallagher, Esquire, and in response to the Motion of U.S. Bank Trust National Association for relief from the automatic stay, does say and aver as follows:

1-7. Admitted.

8. Denied. On the contrary, Debtor believes he has made all payments due outside of the Plan.

9. Denied.

10. Denied as a conclusion of law, to which no further response is required. By way of further Answer, and without waving the foregoing, it is denied that the Debtor has missed post-petition payments. On the contrary, Debtor believes he has made the post-petition payments.

11. Denied as a conclusion of law, to which no further response is required.

12. Denied as a conclusion of law or unlabeled prayer for

relief, to which no further response is required.

    13. Denied as a conclusion of law or unlabeled prayer for relief, to which no further response is required.

    14. Denied as a conclusion of law or unlabeled prayer for relief, to which no further response is required.

    15. Denied as a conclusion of law or unlabeled prayer for relief, to which no further response is required.

    16. Denied. Respondent has no information to confirm or deny this averment, and therefore must deny same.

    17. Denied as a conclusion of law, to which no further response is required.

    WHEREFORE, Respondent Bradley D. Weldon prays this Honorable Court DENY the Movant's Motion for Relief.

    Respectfully submitted

/s/ Michael W. Gallagher

Michael W. Gallagher, Esquire
401 West Johnson Highway
Suite 4
East Norriton, PA 19401
(484)679-1488
(610)365-7919 Fax
Attorney for Debtor