United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bradley D. Weldon  
    Debtor

Case No. 16-16546-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 27, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db     +Bradley D. Weldon,    1650 Franklin Avenue,    Willow Grove, PA 19090-4632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:

    BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
    JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District, Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
    JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National Association et al. paeb@fedphe.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7 pa-bk@logs.com  
    MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For, et. al. paeb@fedphe.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    MAX L. LIEBERMAN    on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com  
    MICHAEL W. GALLAGHER    on behalf of Debtor Bradley D. Weldon mwglaw@msn.com, mwglaw1@verizon.net  
    NICOLE B. LABLETTA    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com, vbarber@udren.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For, et. al. pa.bkecf@fedphe.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bradley D. Weldon,<br><br>               Debtor | Chapter 13<br><br>Case No.: 16-16546-mdc |
| HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7,<br>               Movant,<br>vs.<br>Bradley D. Weldon,<br>               Debtor / Respondent,<br>and<br>Michael W. Gallagher,<br>               Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on March 9, 2017 with regard to the above matter is APPROVED.

March 27, 2017

_____
Hon. Magdeline D. Coleman, U.S.B.J.

211569-3