# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16546-MDC

BRADLEY D. WELDON

1650 FRANKLIN AVENUE

WILLOW GROVE, PA 19090

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRADLEY D. WELDON

    1650 FRANKLIN AVENUE

    WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

    MICHAEL WILLIAM GALLAGHER
    401 W JOHNSON ST
    SUITE 4
    NORRITON, PA 19401-

Date: 4/17/2017

                            /S/ William C. Miller
                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee