**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | : |
| | : Chapter 13 |
| **BRADLEY D. WELDON** | : Case No. 16-16546-MDC |
| **Debtors,** | : |
| | : |
| US BANK TRUST NATIONAL ASSOCIATION, as Trustee of the Preston Ridge Partners Investments Trust | : |
| Movant, | : |
| v. | : Hearing: April 13, 2017 at 11:00 a.m. |
| | : Courtroom #2 |
| BRADLEY D. WELDON | : |
| Debtor, | : |
| And | : |
| | : |
| William C. Miller, Esquire | : |
| Trustee, | : |
| | : |
| Respondent. | : |

# STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, US Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments Trust (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay and as to Real Property, more commonly known as 422 East Spruce Street, Norristown, PA 19401; and Michael W. Gallagher, Esquire appearing on behalf of Debtor, Bradley Weldon, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of April 13, 2017, the Debtor is currently due for the March 1, 2017 through April 1, 2017 post-petition payments, which include the following:

> 2 payments (3/17-4/17) @ $355.22:  $710.04
> Suspense @ $249.69
> Post-Petition Arrears as of April 13, 2017 = **$460.75**

2. Debtor shall cure the aforesaid pre-petition arrearages within 90 days of the entry of the Order approving this stipulation.

3. The debtor shall reimburse Movant for its attorney fees and costs totaling $781.00. The debtor agrees to allow the Movant to file an amended proof of claim to add the post-petition fees and costs of $781.00 related to the Motion.

4. The debtor agrees to amend the chapter 13 plan by May 13, 2017 to provide treatment for movant's claim through the chapter 13 plan by proposing to cure the pre-petition arrears of $15,241.05 plus the aforementioned $781.00 attorney fees and costs through the plan (totaling $16,022.05) and for the debtor to maintain the post-petition mortgage payment directly to Movant. If the Amended Chapter 13 Plan is not filed by May 13, 2017 which provides for said treatment, Movant may file a Certification of Default.

5. Commencing with the May 1, 2017 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

6. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments is late, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein, unless the debtor files an opposition to the Certification of Default, in which case the Court shall schedule a hearing on the matter.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

_____ 4-19-17
Brian E. Caine, Esquire
Attorney for Movant


/s/Michael Gallagher
_____
Michael Gallagher, Esquire
Attorney for Debtor

5/1/17
_____  no objection
William C. Miller, Esquire
Trustee

*without prejudice to any trustee rights or remedies

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.


_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge, Eastern District of Pennsylvania