United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16546-mdc
Bradley D. Weldon                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW              Page 1 of 1           Date Rcvd: May 03, 2017
                           Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +Bradley D. Weldon,    1650 Franklin Avenue,    Willow Grove, PA 19090-4632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
      BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com,
      BKcourtnotices@parkermccay.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District,
      Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
      Association et al. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
      et. al. paeb@fedphe.com
      JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
      RA-occbankruptcy6@state.pa.us
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA,
      National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage
      Pass-Through Certificates, Series 2005-7 pa-bk@logs.com
      MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
      et. al. paeb@fedphe.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
      for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
      2005-7 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      MAX L. LIEBERMAN    on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com
      MICHAEL W. GALLAGHER    on behalf of Debtor Bradley D. Weldon mwglaw@msn.com,   mwglaw1@verizon.net
      NICOLE B. LABLETTA    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
      vbarber@udren.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
      For, et. al. pa.bkecf@fedphe.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRADLEY D. WELDON                             :    CHAPTER 13
           Debtor                            :
                                                       :    BK. No. 16-16546 MDC

## ORDER

AND NOW, this 3rd day of May, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN,**
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

BRADLEY D. WELDON
252 EAST PENN STREET
NORRISTOWN, PA 19401

MICHAEL W GALLAGHER, ESQUIRE
401 West Johnson Highway, Suite 4
East Norriton, PA 19401

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107