United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16546-mdc
Bradley D. Weldon                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina         Page 1 of 1         Date Rcvd: May 19, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.
db             +Bradley D. Weldon,    1650 Franklin Avenue,    Willow Grove, PA 19090-4632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District,
               Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA,
               National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage
               Pass-Through Certificates, Series 2005-7 pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
               2005-7 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MAX L. LIEBERMAN    on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Bradley D. Weldon mwglaw@msn.com,   mwglaw1@verizon.net
              NICOLE B. LABLETTA    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
               vbarber@udren.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
               For, et. al. pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company,
               National Association et al. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** : | : Chapter 13 |
| **BRADLEY D. WELDON** : | : Case No. 16-16546-MDC |
|     **Debtors,** : | |
| US BANK TRUST NATIONAL : ASSOCIATION, as Trustee of the Preston : Ridge Partners Investments Trust :     Movant, : | |
| v. : | : Hearing: April 13, 2017 at 11:00 a.m. |
| BRADLEY D. WELDON :     Debtor, :     And : | : Courtroom #2 |
| William C. Miller, Esquire :     Trustee, :     Respondent. : | |

# STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, US Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments Trust (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay and as to Real Property, more commonly known as 422 East Spruce Street, Norristown, PA 19401; and Michael W. Gallagher, Esquire appearing on behalf of Debtor, Bradley Weldon, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of April 13, 2017, the Debtor is currently due for the March 1, 2017 through April 1, 2017 post-petition payments, which include the following:

> 2 payments (3/17-4/17) @ $355.22:  $710.04
> Suspense @ $249.69
> Post-Petition Arrears as of April 13, 2017 = **$460.75**

2. Debtor shall cure the aforesaid pre-petition arrearages within 90 days of the entry of the Order approving this stipulation.

3. The debtor shall reimburse Movant for its attorney fees and costs totaling $781.00.   The debtor agrees to allow the Movant to file an amended proof of claim to add the post-petition fees and costs of $781.00 related to the Motion.

4. The debtor agrees to amend the chapter 13 plan by May 13, 2017 to provide treatment for movant's claim through the chapter 13 plan by proposing to cure the pre-petition arrears of $15,241.05 plus the aforementioned $781.00 attorney fees and costs through the plan (totaling $16,022.05) and for the debtor to maintain the post-petition mortgage payment directly to Movant.   If the Amended Chapter 13 Plan is not filed by May 13, 2017 which provides for said treatment, Movant may file a Certification of Default.

5. Commencing with the May 1, 2017 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

6. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments is late, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein, unless the debtor files an opposition to the Certification of Default, in which case the Court shall schedule a hearing on the matter.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

_____  4-19-17
Brian E. Caine, Esquire
Attorney for Movant


/s/Michael Gallagher
_____
Michael Gallagher, Esquire
Attorney for Debtor

5/11/17
_____  *without prejudice to any
William C. Miller, Esquire          trustee rights or remedies
Trustee                             as objection

AND NOW, this __19th__ day of __May__, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

Magdeline D. Coleman
_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge, Eastern District of Pennsylvania