United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16546-mdc
Bradley D. Weldon                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina           Page 1 of 1           Date Rcvd: May 19, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.
db             +Bradley D. Weldon,    1650 Franklin Avenue,    Willow Grove, PA 19090-4632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:
        BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com,
        BKcourtnotices@parkermccay.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District,
        Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com,
        jwood@ecf.inforuptcy.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
        Association et al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
        et. al. paeb@fedphe.com
        JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
        RA-occbankruptcy6@state.pa.us
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA,
        National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage
        Pass-Through Certificates, Series 2005-7 pa-bk@logs.com
        MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
        et. al. paeb@fedphe.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
        for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
        2005-7 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
        MAX L. LIEBERMAN    on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com
        MICHAEL W. GALLAGHER    on behalf of Debtor Bradley D. Weldon mwglaw@msn.com,   mwglaw1@verizon.net
        NICOLE B. LABLETTA    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
        vbarber@udren.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
        For, et. al. pa.bkecf@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company,
        National Association et al. pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                       TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Bradley D. Weldon,    :
                Debtor  :
                        :    NO.    16-16546-mdc
                        :

## ORDER

AND NOW, this 19th day of May, 2017, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be and hereby is made an Order of this Court, and that Monolith Investments, LLC is granted relief from the automatic stay in order to commence and prosecute an action in mortgage foreclosure with respect to 46 E. Elm Street, Norristown, Pennsylvania, against Debtor, including providing Debtor with all necessary notices, and that such relief from stay remain in full force and effect notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

_____
Magdeline D. Coleman, United States Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

UNITED STATES TRUSTEE
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

MICHAEL W. GALLAGHER, ESQUIRE
401 West Johnson Highway, Suite 4
East Norriton, PA 19401

BRADLEY D WELDON
252 East Penn Street
Norristown, PA 19401

MAX L. LIEBERMAN, ESQUIRE
488 Norristown Road, Suite 140
Blue Bell, PA 19422