United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16546-mdc
Bradley D. Weldon                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 27, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13835573        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2017 01:49:20
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District,
               Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA,
               National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage
               Pass-Through Certificates, Series 2005-7 pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
               2005-7 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MAX L. LIEBERMAN    on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Bradley D. Weldon mwglaw@msn.com,   mwglaw1@verizon.net
              NICOLE B. LABLETTA    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
               vbarber@udren.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
               For, et. al. pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company,
               National Association et al. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 17

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16546-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bradley D. Weldon
1650 Franklin Avenue
Willow Grove PA 19090

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | New Penn Financial, LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10675<br>Greenville, SC 29603-0675 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/29/17

Tim McGrath
**CLERK OF THE COURT**