**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                   Case No. 16-16546-MDC
                                                                              Chapter 13
BRADLEY D. WELDON

Debtor(s).

## NOTICE OF APPEARANCE

**New Penn Financial, LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 7th day of August, 2017.

By: __/s/ William E. Miller, Esquire__
William E. Miller, Esquire, Bar No: 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
wmiller@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.
2  This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 363 E Airy Street, Norristown, PA 19401.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 7th day of August, 2017, to the following:

Michael W. Gallagher
401 West Johnson Highway
Suite 4
East Norriton, PA 19401
mwglaw@msn.com
*Attorney for Debtor(s)*

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Bradley D. Weldon
1650 Franklin Avenue
Willow Grove, PA 19090
*Debtor(s)*

Dated this 7th day of August, 2017.

                                            By:   */s/ William E. Miller, Esquire*
                                                  William E. Miller, Esquire, Bar No: 308951
                                                  Stern & Eisenberg, PC
                                                  1581 Main Street, Suite 200,
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Fax: (215) 572-5025
                                                  wmiller@sterneisenberg.com
                                                  Attorney for Creditor