Case 16-16546-mdc   Doc 105   Filed 09/17/17   Entered 09/18/17 01:14:54   Desc
Imaged Certificate of Notice   Page 1 of 4

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16546-mdc
Bradley D. Weldon                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 3              Date Rcvd: Sep 15, 2017
                              Form ID: pdf900           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
```
db             +Bradley D. Weldon,    1650 Franklin Avenue,    Willow Grove, PA 19090-4632
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr             +Bank of America, N.A.,    Marinosci Law Group, P.C.,    c/o Connie J. Delisser, Esq.,
                 100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191
cr             +HSBC Bank USA, National Association as Trustee for,    Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Monolith Investments LLC,    301 E. 66th Street,    #11G,   New York, NY 10065-6217
cr             +Nationstar Mortgage LLC as servicer for HSBC Bank,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675
cr             +Norristown Municipal Waste Authority, Township of,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr             +Township of Abington, Abington School District, Mu,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr             +Wells Fargo Bank N.A.,    1 Home Campus,    X2303-01A,   Des Moines, IA 50328-0001
13792545       +ABINGTON SCHOOL DISTRICT,    P.O. BOX 391,    NORRISTOWN, PA 19404-0391
13792546       +ABINGTON TOWNSHIP,    1176 OLD YORK ROAD,    ABINGTON, PA 19001-3797
13824365       +Abington School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13792547       +BANK OF AMERICA, N.A.,    100 NORTH TRYON ST.,    CHARLOTTE, NC 28202-4031
13848687       +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13816804        Berkheimer Assoc-Agt BoroNorristown MontgomeryCty,    c/o David R. Gordon, Esq.,
                 1883 Jory Road,    Pen Argyl, PA 18072
13865600        Deutsche Bank National Trust Company etal,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
13792573        Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA 30374-0256
13792574       +Experian,   P.O. Box 9701,    Allen, TX 75013-9701
13792575        Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
                 Allen, TX  75013-2002
13792550       +GRAYTORREYS FUND LLC,    2 MIRANOVA PLAXE,    SUITE 700,   COLUMBUS, OH 43215-5098
13792551       +GREYTORREYS FUND LLC,    3307 S. COLLEGE AVE.,    FORT COLLINS, CO 80525-4196
13792580        H.A. Berkheimer Tax Administrator,    Bankruptcy Notices,    50 North 7th Street,
                 Bangor, PA 18013-1798
13792552       +HSBC BANK USA N.A.,    P.O. BOX 2013,    BUFFALO, NY 14240-2013
13811759       +HSBC Bank USA, National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13792576       +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
13792553       +J. ERIC KISHBAUGH ESQUIRE,    111 WOODCREST ROAD,    SUITE 200,   CHERRY HILL, NJ 08003-3620
13792554       +JP MORGAN CHASE BANK NA,    270 PARK AVENUE,    NEW YORK, NY 10017-7924
13792555       +MONTGOMERY COUNTY TAX CLAIM BUREAU,    1 MONTGOMERY PLAZA,    SUITE 610,
                 NORRISTOWN, PA 19401-4855
13824379       +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13792556       +NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD.,    DALLAS, TX 75019-4620
13792557       +NORRISTOWN MUNICIPAL WASTE AUTHORITY,    235 E. AIRY ST.,    2ND FLOOR,
                 NORRISTOWN, PA 19401-5003
13957559        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
13824367       +Norristown Municipal Waste Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13792558       +OCWEN,   P.O. BOX 24738,    W. PAL, BEACH, FL 33416-4738
13792560       +PORTNOFF & ASSOCIATES LTD.,    P.O. BOX 3020,    NORRISTOWN, PA 19404-3020
13866263       +Panatte LLC DBA People First Fund,    228 Park Ave South #67157,    New York, NY 10003-1502
13792563       +ROGER FAY, ESQUIRE,    200 SHEFFIELD STREEET,    SUITE 101,   MOUNTAINSIDE, NJ 07092-2315
13792564       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
13792565       +SCI LENDERS SERVICE,    P.O. BOX 27370,    ANAHEIM, CA 92809-0112
13792566       +SHAPIRO & DENARDO LLC,    3600 HORIZON DRIVE,    SUITE 150,   KING OF PRUSSIA, PA 19406-4702
13866443        THE BANK OF NEW YORK MELLON TRUST COMPANY, ET AL.,    C/O OCWEN LOAN Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13824366       +Township of Abington,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13792579       +Transunion Corporation,    2 Baldwinm Place,    P.O. Box 1000,   Chester, PA 19022-1023
13792569       +UDREN LAW OFFICES,    111 WOODCREST ROAD,    SUITE 200,   CHERRY HILL, PA 08003-3620
13792571       +WELLS FARGO,    420 MONTGOMERY STREET,    SAN FRANCISCO, CA 94104-1298
13792570       +WELLS FARGO BANK NA HOME MORTGAGE,    P.O. BOX 10355,    DES MOINES, IA 50306-0355
13861465       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 16 2017 03:39:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2017 03:39:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 3                   Date Rcvd: Sep 15, 2017
                              Form ID: pdf900             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2017 03:42:18      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13792572       +E-mail/Text: banko@berkscredit.com Sep 16 2017 03:38:26      Berks Credit And Collections Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
13792548        E-mail/Text: mrdiscen@discover.com Sep 16 2017 03:38:21      DISCOVER BANK,    P.O. BOX 15316,
                 WILMINGTON, DE  19850-5316
13792549        E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2017 03:38:26      DITECH MORTGAGE,
                 P.O. BOX 6172,    RAPID CITY, SD  57709-6172
13835573        E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2017 03:38:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13792577        E-mail/Text: cio.bncmail@irs.gov Sep 16 2017 03:38:24      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13792578        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:38:58      PA Department Of Revenue,
                 Attn: Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
13792559        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:38:58
                 PENNSYLVANIA DEPARTMENT OF REVENUE,     DEPT. 280946,    ATTN: BANKRUPTCY DIVISION,
                 HARRISBURG, PA  17128-0946
13813673        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:38:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13792562       +E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2017 03:41:10      RECOVERY MANAGEMENT SYSTEMS,
                 25 S.E. 2ND AVENUE,    SUITE 1120,    MIAMI, FL 33131-1605
13792567        E-mail/Text: bknotices@snsc.com Sep 16 2017 03:40:07      SN SERVICING CORP.,    323 5TH STREET,
                 EUREKA, CA  95501
13792568       +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2017 03:41:09      SYNCHRONY BANK,
                 950 FORRER BLVD.,    KETTERING, OH 45420-1469
13865293       +E-mail/Text: bknotices@snsc.com Sep 16 2017 03:40:07      U.S. Bank, et al,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association as Trustee for
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13792561*      +PORTNOFF & ASSOCIATES,    P.O. BOX 3020,    NORRISTOWN, PA 19404-3020
13792980*       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    US Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Norristown Municipal Waste Authority, Township of
               Abington and Abington School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington, Abington School District,
               Municipality of Norristown and Norristown Municipal Waste Authority jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. paeb@fedphe.com

```
District/off: 0313-2                  User: Antoinett               Page 3 of 3                   Date Rcvd: Sep 15, 2017
                                      Form ID: pdf900               Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JEROME B. BLANK     on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. paeb@fedphe.com
              JEROME B. BLANK     on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    The Bank Of New York Mellon Trust Company,
               National Association et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL     on behalf of Creditor    Nationstar Mortgage LLC as servicer for HSBC Bank USA,
               National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage
               Pass-Through Certificates, Series 2005-7 pa-bk@logs.com
              MARIO J. HANYON     on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For,
               et. al. paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT     on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
               2005-7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MAX L. LIEBERMAN     on behalf of Creditor    Monolith Investments LLC liebermn@lslaw.com
              MICHAEL W. GALLAGHER     on behalf of Debtor Bradley D. Weldon mwglaw@msn.com,  mwglaw1@verizon.net
              NICOLE B. LABLETTA     on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
               vbarber@udren.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
               For, et. al. pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    The Bank Of New York Mellon Trust Company,
               National Association et al. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER     on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 22
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY D. WELDON                                Chapter 13

Debtor                    Bankruptcy No. 16-16546-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___14th___ day of ___September___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL WILLIAM GALLAGHER
401 W JOHNSON ST
SUITE 4
NORRITON, PA 19401-

Debtor:
BRADLEY D. WELDON

1650 FRANKLIN AVENUE

WILLOW GROVE, PA 19090